IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| RIKKIE GONZALEZ, | § § § | |
| PLAINTIFF | § § | |
| v. | § § § | Civ. Action No. 1:24-cv-00880-DII |
| | § | |
| TEXAS TAXPAYERS AND RESEARCH ASSOCIATION, | § § § § | |
| DEFENDANT | § | |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| ANGELA DOWELL, | § § § | |
| PLAINTIFF | § § | |
| v. | § § § | Civ. Action No. 1:24-cv-00908-RP |
| | § | |
| TEXAS TAXPAYERS AND RESEARCH ASSOCIATION, | § § § § | |
| DEFENDANT | § | |

### DECLARATION OF JOHN PITTMAN III

1. I am a Licensed Attorney authorized to practice law in the states of New York, Texas, and District of Columbia. In addition, I am also a Provisionally Licensed Lawyer authorized to practice law under the supervision of Saman Nasseri, before all courts of the State of California.

1

2. I have personal knowledge of the facts in this declaration and if called as a witness could and would competently testify thereto.

3. Opposing counsel has identified that she served me the declaration of costs via email. However, I did not receive any such email. After reviewing the court's website, I found that the information had been posted there, but no email was sent to either of my office's emails. The last email I received from Defense Counsel's office on Ms. Dowell's case was on October 14, 2024 at 5:29pm.

4. The cashier's check in the amount of $4,064.04, was sent to Laura De Santos' office at Gordon Rees Scully Mansukhani, 1900 West Loop South, Suite 1000, Houston, TX 77027, with USPS tracking number EI347152523US.

5. Additionally, although Angela Dowell's case has been resolved, and confirmed on the record at both of the last two hearings by both counsels on October 15, 2024, and again October 22, 2024; to this date, Defendant's counsel has not provided the agreement paperwork to my office for execution by Plaintiff.

6. This failure to provide the necessary documentation is consistent with the broader pattern of what communications we have been receiving from Defendant's counsel as identified in my previous filing.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed on November 12, 2024, at San Diego, California.

DATED: November 12, 2024

**JOHN L. PITTMAN III | ATTORNEY AT LAW, APC**
/s/ John L. Pittman III
John L. Pittman III, Esq., LLM[2]
District of Columbia (1742578),
New York (5880646) and Texas (24127922)
Provisionally Licensed in California (PL482988)
Attorney for Plaintiffs Rikkie Gonzalez and Angela Dowell

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served such filing via email to the following:

**Laura E. De Santos**
**ATTORNEY IN CHARGE**
SBN: 00793612
ldesantos@grsm.com
Hayley D. Friedman
SBN: 24123253
hdfriedman@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938
**ATTORNEY FOR DEFENDANT, TEXAS TAXPAYER AND RESEARCH ASSOCIATION**

*/s/ John L. Pittman III*
**John L. Pittman III**
